IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JOHN BOLDEN,<br><br>      Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA. | No. C11-0098-LRR<br>No. CR08-0001-LRR<br><br>ORDER |

This matter appears before the court on John Bolden's motion to reconsider (civil docket no. 16). John Bolden ("the movant") filed such motion on August 9, 2013. The movant states nothing that leads the court to a different conclusion. Accordingly, the motion to reconsider is denied.

**IT IS SO ORDERED**.

**DATED** this 9th day of August, 2013.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA